**Fidelity & Deposit Company of Maryland, appellant, v. James Stenson, appellee. Gen. No. 28,487.**

Action on indemnity agreement. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Mayer, Meyer, Austrian & Platt, for appellant. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Sarah Kohn, appellant, v. Joseph Bayer et al., appellees. Gen. No. 28,493.**

Bill to redeem from mortgage loan and for an accounting. Cross-bill to foreclose. Bill dismissed. Cross-bill granted. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

William Slack, for appellant. A. S. and E. W. Froehlich, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

**Raymond Heller, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 28,502.**

Judgment for personal injuries received in boarding defendant's car. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Thomas J. Symmes and Watson J. Ferry, for appellants; John R. Guilliams and Frank L. Kriete, of counsel. Anton Pecival and Charles C. Spencer, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Nick Kesslering, appellant, v. Louis B. Larsen, appellee. Gen. No. 28,511.**

Suit for damages for automobile collision. Finding for defendant. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Joseph O. McKiernan, for appellant. Bowles & Bowles, for appellee; Edmond W. Pottle, of counsel.

Mr. Justice Barnes delivered the opinion of the court.